Case 4:20-cv-04256 Document 17 Filed on 06/22/21 in TXSD Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STACI OWENS, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-4256 |
| § | |
| EXXON MOBIL CORPORATION, § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is a Rule 4(d)(2) Motion for Attorney's Fees and Costs filed by Plaintiff Staci Owens ("Plaintiff"). Defendant Exxon Mobile Corporation ("Defendant") filed a response (Doc. No. 9), and Plaintiff replied. (Doc. No. 10). Having considered the motion, the briefing, and the applicable law, the Court hereby **DENIES** the Motion for Attorney's Fees and Costs.

Defendant has already paid the cost of service that Plaintiff seeks. Plaintiff's request is both moot and in violation of Local Rule 7.1(D), which requires an averment that the movant conferred with the respondent and that counsel cannot agree about the disposition of the motion. S.D. Tex. L.R. 7.1(D). There was no meaningful conference here.

For these reasons, the Motion for Attorney's Fees and Costs (Doc. No. 9) is **DENIED.**

Signed at Houston, Texas, this 22 day of June 2021.

Andrew S. Hanen
United States District Judge