United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STACI OWENS, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION NO. 4:20-CV-4256 |
| EXXON MOBIL CORPORATION, | § |
| *Defendant*. | § |

## FINAL JUDGMENT

This Court granted Defendant Exxon Mobil Corporation's ("Defendant") Motion for Summary Judgment (Doc. No. 35). For the reasons set forth in the Court's Order granting summary judgment, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

Signed at Houston, Texas, this 24th day of July, 2023.

Andrew S. Hanen
United States District Judge